UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                           CASE NO: 2:13-cr-139-FtM-38DNF

TAMMARA ANN HALL
_____

## ORDER

This cause came before the Court for Sentencing on January 13, 2014.  Prior to the sentencing hearing, the Government filed a Motion for downward departure (Doc. #22) on January 6, 2014.  In the motion, Government requests a downward departure from the sentencing guidelines based upon the factors provided in § 5K1.1 relating to substantial assistance.  For the reasons stated on the record at the sentencing hearing, the Court will grant Government's Motion for Downward Departure as outlined below.

Accordingly, it is now

**ORDERED:**

The Motion for Downward Departure (Doc. 22) is **GRANTED**.  The Court will depart downward 2 levels from the current applicable offense level.

**DONE AND ORDERED** at Fort Myers, Florida, this January 16, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record