UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.  2:13-cr-139-FtM-38DNF

TAMMARA ANN HALL
_____/

### ORDER VACATING THE FORFEITURE MONEY JUDGMENT[1]

THIS CAUSE comes before the Court upon the United States' Motion to Vacate the Forfeiture Money Judgment (Doc. #31) entered by this Court on January 15, 2014. Being fully advised, the Court finds as follows:

1.  On September 23, 2013, the United States filed an Information charging defendant Tammara Ann Hall with devising a scheme to defraud by embezzling, diverting and converting to her own use campaign funds, utilizing wire transfers in violation of 18 U.S.C. § 1343.  (Doc. #2).  The forfeiture allegations of the Information notified the defendant that, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the United States would seek to forfeit any property, real or personal, which constitutes or is derived from proceeds traceable to the offense charged in Count One, including a money judgment in the amount of $33,756.00, representing the proceeds of such offense.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2. On October 3, 2013, Hall pled guilty to Count One (Doc. #8), and on October 7, 2013, the court accepted her plea and adjudicated her guilty. (Doc. #14). In her Plea Agreement, Hall agreed to a forfeiture money judgment in the amount of $33,756.00, representing the amount of proceeds she received as a result of the wire fraud scheme. (Doc. #9, at 7). Hall also agreed that, pursuant to Rule 32.2(b)(4), Federal Rules of Criminal Procedure, the order of forfeiture would be final as to the defendant at the time it is entered. Id.

3. On December 23, 2013, the United States filed a Motion for Forfeiture Money Judgment (Doc. #19), seeking a forfeiture money judgment against Hall in the amount of $33,756.00, and on January 15, 2014, the Court granted the United States' motion and entered the Forfeiture Money Judgment in that amount. (Doc. #27).

4. On January 13, 2014, the defendant was sentenced, and on January 15, 2014, the Court entered the Judgment, ordering the defendant to pay to the Clerk $33,756.00 as restitution. The defendant was also held liable for a Forfeiture Money Judgment in the same amount. (Doc. #28).

5. When the defendant appeared before the Court at sentencing, she brought a cashier's check in the amount of $33,756.00, which was turned over to the Clerk of Court to satisfy the restitution ordered by the Court.

6. The Government has agreed that it no longer wishes to seek a forfeiture money judgment against Tammara Ann Hall and is asking that the Forfeiture Money Judgment previously entered by the Court be set aside as Hall paid her restitution in full at the time of sentencing.

Accordingly, it is now

**ORDERED:**

The United States' Motion to Vacate the Forfeiture Money Judgment ([Doc. #31](Doc. #31)) is **GRANTED**.  The Forfeiture Money Judgment in the amount of $33,756.00 against defendant Tammara Ann Hall, which was entered by this Court on January 15, 2014 ([Doc. #31](Doc. #31)) is hereby **VACATED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 4th day of March, 2014.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties of Record