UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:13-cr-139-FtM-38DNF

TAMMARA ANN HALL

### ORDER[1]

This matter comes before the Court on Joint Motion for Restitution Order Based Upon Stipulated Amount (Doc. #33) filed on February 28, 2014.  The parties move the Court for the entry of an order of restitution in the amounts and payable to the victims as determined by the United States Probation Office.  As grounds, Counsel indicates that the Court imposed restitution to be paid in the amount of $33,756.00.  The Government informed the Court that the U.S. Probation office required time to determine the amount to be paid to each victim and a restitution hearing was scheduled accordingly.  The Probation office has completed the listing of each victim and the amount of restitution payable to them.  The parties have stipulated to the amounts and payees.  Further, based upon the calculations of the Probation office, the amount of $61.75 remained outstanding and was not able to be equally distributed among the victims. The parties do not object to this amount being deposited into the Crime Victims Fund. As the parties

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

have stipulated to the issues regarding restitution, a hearing is no longer necessary and the Judgment will be amended as outlined below.

Accordingly, it is now

**ORDERED:**

Joint Motion for Restitution Order Based Upon Stipulated Amount (Doc. #33) is **GRANTED**.

1) The Clerk is directed to Amend the Judgment (Doc. #28) to reflect the agreed upon amounts of Restitution to be paid to each victim and is directed to include the victim list as an attachment.  The remaining amount of $61.75 is to be paid to the Crime Victims Fund.

2) The Clerk is directed to Amend the Judgment to remove the Forfeiture provision contained therein as the Government has elected to forego its right to collect a forfeiture money judgment based upon Defendant's payment of restitution in full at the time of sentencing.  See Motion Doc. #31, and Order Doc. #34.

3) The Restitution hearing scheduled for March 14, 2014 is hereby **CANCELLED**.

**DONE AND ORDERED** at Fort Myers, Florida, this March 4, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record

2