UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.                                                 Case No: 2:13-cr-139-FtM-38DNF

TAMMARA ANN HALL

_____/

### **ORDER**[1]

This matter comes before the Court on review of Defendant Tammara Ann Hall's Motion to Terminate Her Supervised Release (Doc. #39) filed on October 26, 2016. The Government filed an expedited response (Doc. #41) on November 2, 2016, stating that it does not oppose her motion. This matter is thus ripe for review.

On October 3, 2013, Defendant pleaded guilty to one count of wire fraud in violation of 18 U.S.C. § 1343. (Doc. #14). Three months later, the Court sentenced her to six months' imprisonment followed by three years of supervised release. (Doc. #37 at 2-3). In addition to the standard conditions of supervised release, the Court ordered Defendant, among other things, to participate in a home detention program and perform 250 hours of community service. Her supervised release is set to expire in August 2017.

Defendant now advises the Court that she has complied with all terms and conditions of her release without incident, and thus moves to terminate her supervised

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

release. (Doc. #39 at ¶ 11). Neither Defendant's probation officer nor the Government object to her release being terminated. (Doc. #39 at ¶ 13; Doc. #41).

A district court has broad discretion under 18 U.S.C. § 3583(e)(1) to grant an early termination of supervised release. See *United States v. McClamma*, 548 F. App'x. 598, 599 (11th Cir. 2013). After considering various factors enumerated in 18 U.S.C. § 3553, the court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

Defendant has served the majority of her sentence including incarceration, completed home detention, paid restitution in full, and performed community service. Prior to this case, she had no criminal history. She also is not a danger to the community, as her conviction bars her from holding public office. Based on Defendant's conduct and in the interest of justice, the Court will terminate Defendant's term of supervised release.

Accordingly, it is now **ORDERED**:

Defendant Tammara Ann Hall's Motion to Terminate Her Supervised Release (Doc. #39) is **GRANTED**.

**DONE** and **ORDERED** in Fort Myers, Florida, this 7th day of November 2016.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record